

ORDERED in the Southern District of Florida on April 4, 2024.

Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | CASE NO. 21-21964-RAM |
| | CHAPTER 7 |
| ILAN DORON, et al., | (Substantially Consolidated) |
| Debtors. _____/ | |
| MARCIA T. DUNN, Chapter 7 Trustee, | |
| Plaintiff, | |
| vs. | ADV. NO. 23-01304-RAM |
| ARTURO JOSE TRUJILLO, | |
| Defendant. _____/ | |

### ORDER OF DISMISSAL (SETTLEMENT)

As announced on the record at the scheduling conference conducted on April 4,

2024, it is -

**ORDERED** that this adversary proceeding is dismissed.  The Court retains jurisdiction to enter an order, if required, approving the settlement or to enter an agreed final judgment, and reserves jurisdiction to enforce the settlement or any judgment entered pursuant to the settlement.  The Court also retains jurisdiction to vacate this Order and reset the proceeding for trial if the settlement is not approved.  Dismissal does not affect the validity or enforceability of any judgment entered before or after entry of this Order.

###

COPIES TO:

David Blansky, Esq.

**(Attorney Blansky is directed to serve a copy of this Order on all interested parties and file a Certificate of Service)**